UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL FONSECA,<br><br>Defendant | Criminal No. 22-10356-LTS<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine (21 U.S.C. § 846)<br><br>Forfeiture Allegation: (21 U.S.C. § 853) |

SECOND SUPERSEDING INFORMATION

COUNT ONE
Conspiracy to Distribute and to
Possess with Intent to Distribute Controlled Substances
(21 U.S.C. § 846)

The United States Attorney alleges:

In or about December 2022, in Attleboro, in the District of Massachusetts, and elsewhere, the defendant,

SAMUEL FONSECA,

conspired with other persons known and unknown, to knowingly and intentionally distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

<u>DRUG FORFEITURE ALLEGATION</u>
(21 U.S.C. § 853)

1. Upon conviction of the offense in violation of Title 21, United States Code, Sections 846, set forth in Count One, the defendant,

SAMUEL FONSECA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

                    LEAH B. FOLEY
                    UNITED STATES ATTORNEY

                    By:

                    */s/ Samuel R. Feldman*
                    MICHAEL CROWLEY
                    SAMUEL R. FELDMAN
                    ASSISTANT UNITED STATES ATTORNEYS